### In re AUERBACH.

(Supreme Court, Special Term, New York County. October 18, 1915.)

Assignments for Benefit of Creditors ⬤═➣396—Accounting by Assignee—Reference.

Under subdivision 23 of Special Term Rule 6 of the First Judicial District, providing relative to assignments for the benefit of creditors that the assignee must file an account in all cases which shall be referred for examination, the court is without power to dispense with a reference.

[Ed. Note.—For other cases, see Assignments for Benefit of Creditors, Cent. Dig. §§ 1165–1174; Dec. Dig. ⬤═➣396.]

In the matter of an assignment by one Auerbach. Account referred to a referee.

ERLANGER, J. The account is referred to John Marcus, Esq. The court is without power to dispense with a reference. Rule 6, subd. 23, Special Term Rules.

Submit order.